Richard I. Dreitzer
Nevada Bar No.: 6626
Wilson Elser Moskowitz Edelman & Dicker LLP
Maria Veronica Saladino
Nevada Bar No.: 14418
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Richard.Dreitzer@wilsonelser.com
MariaVeronica.Saladino@wilsonelser.com
*Attorneys for Defendant Medical Data Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| LARISSA LOPEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>MEDICAL DATA SYSTEMS, INC. d/b/a<br>MEDICAL REVENUE SERVICE,<br><br>              Defendant. | Case No:  2:17-cv-01007-JAD-VCF<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**<br><br>[ECF No. 17] |

It is stipulated and agreed by and between Plaintiff Larissa Lopez and Defendant Medical Data Systems, Inc. d/b/a/ Medical Revenue Service, by and through their respective undersigned counsel of record, that this matter be dismissed in its entirety with prejudice pursuant to amicable settlement, the parties to bear their own costs and fees.

1

1229597v.1

| | |
|---|---|
| Wilson Elser Moskowitz Edelman & Dicker LLP | Kazerouni Law Group, APC |

_Maria Veronica Saladino_ (signature)

| | |
|---|---|
| Richard I. Dreitzer | /s/ Michael Kind |
| Nevada Bar No. 6626 | Michael Kind |
| Maria Veronica Saladino | Nevada Bar No. 13903 |
| Nevada Bar No. 14418 | 6069 South Fort Apache Road, Suite 100 |
| 300 South Fourth Street, 11th Floor | Las Vegas, Nevada 89148 |
| Las Vegas, Nevada 89101-6014 | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |

Dated: _December 21, 2017_    Dated: _December 22 2017_
                                     (with permission)

## **ORDER**

The parties stipulate to dismiss plaintiff Larissa Lopez's claims against Medical Data Systems, Inc. d/b/a Medical Revenue Service with prejudice, each party to bear its own attorney's fees and costs. Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation to dismiss **[ECF No. 17] is GRANTED**. Plaintiff's claims against Medical Data are **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case.

Dated this 28th day of December, 2017

_____
U.S. District Judge Jennifer A. Dorsey

2

1229597v.1